Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
PAUL REIFFER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES WESTERN DIVISION

| | |
|---|---|
| PAUL REIFFER,<br><br>                    Plaintiff,<br><br>v.<br><br>BHH AFFILIATES, LLC, PICKFORD REAL ESTATE, INC. dba BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES, and KIARASH KEVIN HAFEZI,<br><br>                    Defendants. | Case No.:  2:21-cv-08801<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**Demand for Jury Trial** |

Plaintiff PAUL REIFFER by and through his undersigned counsel, brings this Complaint against Defendants BHH AFFILIATES, LLC, PICKFORD REAL

ESTATE, INC. dba BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES, and KIARASH KEVIN HAFEZI for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff PAUL REIFFER ("Reiffer") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Reiffer's original copyrighted Work of authorship in his Work. Reiffer licenses his copyrighted Works, such as the one in this case, to real estate associates and brokerages for use in connection with promoting real estate listings.

2. Reiffer is a professional landscape, cityscape and commercial photographer working worldwide. He is a Fellow of the British Institute of Professional Photography, an Associate of the Royal Photographic Society, winner of the UN International Year of Light competition and the owner of the "world's most exclusive and remote gallery" in the Maldives, which is only accessible by seaplane or speedboat. Reiffer's images of cityscapes, extreme locations, rooftops, heli-shoots, the arctic circle, and others are highly sought after, and he is routinely commissioned for commercial work. Reiffer's images are scarce as they are created using a Phase One XV iO3/100 100 Megapixel Medium Format digital camera system valued at $60,000.

3. Defendant BHH Affiliates, LLC ("BHH") is a licensed real estate corporation and broker.

4. Defendant PICKFORD REAL ESTATE, INC. DBA BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES ("Pickford") is a licensed real estate corporation and broker.

5. Defendant KIARASH KEVIN HAFEZI ("Hafezi") is a real estate associate licensed in the state of California, who is an employee under the brokerage of BHH and Pickford. At all times relevant herein, Hafezi owned and operated the internet website located at the URL www.kevinhafezi.com (the "Website").

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT         CASE NO.: 2:21-cv-08801

6. Defendants BHH, Pickford, and Hafezi are collectively referred to herein as "Defendants."

7. Reiffer alleges that Defendants obtained Reiffer's copyrighted Work from the internet or prior listings for other properties on multiple listing services of which Defendants are members in order to carry out their activities as a professional real estate agent and broker.

8. Defendants copied Reiffer's copyrighted Work from the internet or prior real estate listings without Reiffer's permission. The prior real estate listings that Defendants may have used to copy Reiffer's copyrighted Work are available to all professional licensed real estate associates and brokers who are members of the multiple listing service where the photos were posted, and they are also available publicly on the internet.

9. Defendants distributed Reiffer's copyrighted Work also without Reiffer's permission, such as through real estate listings on multiple listing services. Defendants committed the violations alleged by copying and distributing Reiffer's copyrighted Work in connection with Defendants' real estate listing posted on one or more multiple listing services for purposes of advertising and promoting public real estate listings in the course and scope of Defendants' professional real estate businesses.

10. Defendant BHH, the broker for Browne appears as listing broker on the real estate listing where Browne committed the violations of Reiffer's exclusive rights under the copyright act.

11. Reiffer's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

## JURISDICTION AND VENUE

12. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

13. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

14. Defendants are subject to personal jurisdiction in California.

15. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

16. BHH Affiliates, LLC is a California Corporation with its principal place of business at 18500 Von Karman Avenue, Suite 400, Irvine, California, 92612, and can be served by serving its Registered Agent, C T Corporation System, 330 North Brand Boulevard, Suite 700, Glendale, California, 91203.

17. Pickford Real Estate, Inc. dba Berkshire Hathaway HomeServices California Properties is a California Limited Liability Company with its principal place of business at 12770 El Camino Real, Suite 200, San Diego, California, 92130, and can be served by serving its Registered Agent, C T Corporation System, 330 North Brand Boulevard, Suite 700, Glendale, California, 91203.

18. Kiarash Kevin Hafezi is a California licensed real estate sales associate, License Number 01317331who resides in Los Angeles County, California, and can be served at 131 South Rodeo Drive, Suite 100, Beverly Hills, CA 90212.

## THE COPYRIGHTED WORK AT ISSUE

19. In 2015, Reiffer created the photograph entitled Curtain Call, which is shown below and referred to herein as the "Work".



21. Reiffer registered the Work with the Register of Copyrights on May 8, 2017 and was assigned the registration number VA 2-044-621. The Certificate of Registration is attached hereto as Exhibit 1.

22. Reiffer's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

23. At all relevant times Reiffer was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

24. The Defendants have never been licensed to use the Work at issue in this action for any purpose.

25. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied, displayed, or distributed the Work or made derivative works from the Work.

26. On or about March 25, 2019, Reiffer discovered the unauthorized use of his Work on Hafezi's Website as the main background image.

27. Defendants copied Reiffer's copyrighted Work from prior listings for other properties on multiple listing services of which Defendants are members, obtained the Work from the internet, or from other real estate associates.

28. After Defendants copied the Work, they made further copies and distributed the Work on, inter alia, one or more multiple listing services or the internet to promote the sale of the property depicted in the Work or similar properties as part of their professional real estate businesses.

29. Defendants copied and distributed Reiffer's copyrighted Work in connection with their real estate listing posted on one or more multiple listing services or the internet for purposes of advertising and promoting public real estate listings in the course and scope of Defendants' professional real estate businesses, and in the course and scope of rendering professional real estate services as associates and brokers.

30. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

31. Reiffer never gave the Defendants permission or authority to copy, distribute or display the Work at issue in this case, or create derivative works or the Work.

32. Reiffer notified the Defendants of the allegations set forth herein on September 18, 2019 and on April 7, 2020. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT BY HAFEZI

33. Plaintiff incorporates the allegations of paragraphs 1 through 32 of this Complaint as if more fully set forth herein.

34. Reiffer owns a valid copyright in the Work at issue in this case.

35. Reiffer registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

36. Browne copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Reiffer's authorization in violation of 17 U.S.C. § 501.

37. Browne performed the acts alleged in the course and scope of their business activities.

38. Browne's acts were willful.

39. Reiffer has been damaged.

40. The harm caused to Reiffer has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT BY BHH AND PICKFORD

41. Plaintiff incorporates the allegations of paragraphs 1 through 32 of this Complaint as if more fully set forth herein.

42. Reiffer owns a valid copyright in the Work at issue in this case.

43. Reiffer registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

44. Hafezi copied, displayed and distributed the Work at issue in this case and made derivatives of the Work without Reiffer's authorization in violation of 17 U.S.C. § 501.

45. BHH and Pickford had the right and ability to supervise the infringing activities of Browne alleged herein.

46. BHH and Pickford had a direct financial interest in the infringing activities alleged herein.

47. As a result of BHH and Pickford's vicarious infringement as alleged above, BHH and Pickford obtained direct and indirect profits it would otherwise not have realized but for its infringement of the Work.

48. BHH and Pickford have continued to copy, display, and distribute the Work at issue with knowledge that such acts violate Reiffer's intellectual property rights.

WHEREFORE, the Plaintiff prays for judgment against the Defendants BHH Affiliates, LLC, Pickford Real Estate, Inc. dba Berkshire Hathaway HomeServices California Properties, and Kiarash Kevin Hafezi that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiff be awarded pre- and post-judgment interest.

**JURY DEMAND**

Plaintiff Paul Reiffer hereby demands a trial by jury of all issues so triable.

DATED: November 8, 2021                Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Paul Reiffer*

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK